## George LIMBS v. STATE.
### No. 13682.

Court of Criminal Appeals of Texas.
June 18, 1930.

Wright Stubbs, of Austin, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for theft; punishment, two years in the penitentiary.

We find in this record the sworn affidavit of appellant asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.

## John STRIPLING v. STATE.
### No. 13582.

Court of Criminal Appeals of Texas.
June 25, 1930.

Clark Willis, of Fort Worth, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for forgery; punishment, seven years in the penitentiary.

The record is here without bills of exception or statement of facts. The indictment charges the offense, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.

## H. F. BREAUER v. Herbert H. TOWNSEND et al.
### No. 1989.

Court of Civil Appeals of Texas. Beaumont.
May 30, 1930.

Shivers & Baker, of Port Arthur, for appellant.

Howth, Adams & Hart, of Beaumont, for appellees.

O'QUINN, J.

This is an appeal from a judgment of the district court of Jefferson county, Tex., in favor of appellees against appellant. The case was tried in the court below, and judgment rendered on November 1, 1929. The case was regularly appealed, and the transcript and statement of facts filed in this court March 8, 1930. The case was duly set for submission in this court for May 15, 1930. The cause is before us without briefs by either party. No motion for a postponement of submission was filed nor any to dismiss the appeal. We have carefully searched the record for fundamental error, and, none appearing, the judgment must be affirmed, and it is so ordered.

Affirmed.

## STANDARD FEDERAL LIFE INS. CO., Appellant, v. Ben GRIFFIN, Appellee.
### No. 10616.

Court of Civil Appeals of Texas. Dallas.
May 24, 1930.

Rehearing Denied June 21, 1930.

Burgess, Burgess, Christman & Brundidge, H. A. Bateman, and L. E. Elliott, all of Dallas, for appellant.

Allen & Allen, of Dallas, for appellee.

LOONEY, J.

Appellant complains that the judgment appealed from is excessive. This appellee concedes, and has filed, in this court, a remittitur of $152.05. Therefore the judgment will be reformed by reducing the amount of recovery to the sum of $422.95, and, as reformed, is affirmed. In the absence of a distinct specification calling attention to that fact, the excessive nature of the verdict was not so apparent as to necessarily attract the attention of the trial court, and, as appellant failed in its motion for a new trial to assign this as one of the errors complained of, raising the question for the first time in this court by proposition urged in its brief, we are of opinion that the costs of both this and the trial court should be adjudged against appellant, and it is so ordered.

Other assignments, after due consideration, are overruled.

Reformed and affirmed.